UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 4:14-CR-637-4 |
| | § | |
| DANIELA GOZES-WAGNER; aka | § | |
| WAGNER; aka GOZES; aka GOZES | § | |

## **NOTICE OF TRANSFER**

By agreement of the judges, this action is hereby TRANSFERRED to the docket

of Judge David Hittner.

Deadlines remain in effect.  Court settings also remain in effect.


DAVID BRADLEY, CLERK OF COURT

By:  Rhonda S. Hawkins
Case Manager to United States
District Judge Melinda Harmon



Date:   September 22, 2017