Please attache to docket #
4:14-CR-637-04
USA
V.
Daniela Bozes-Wagner

United States Courts
Southern District of Texas
FILED

SEP 25 2019

David J. Bradley, Clerk of Court

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X BA Sedgwick  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name) BA Sedgwick  C. Date of Delivery 7/18/19 |
| 1. <br>First National Bank<br>Texas First Convenience Bank<br>Attn: James Meredith<br>507 North Gray Street<br>Killeen, TX 76541<br><br>9590 9402 2814 7069 2012 39 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☐ Adult Signature ☐ Priority Mail Express®<br>☐ Adult Signature Restricted Delivery ☐ Registered Mail™<br>☑ Certified Mail® ☐ Registered Mail Restricted Delivery<br>☐ Certified Mail Restricted Delivery ☑ Return Receipt for Merchandise<br>☐ Collect on Delivery ☐ Signature Confirmation™<br>☐ Collect on Delivery Restricted Delivery ☐ Signature Confirmation Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>7018 0040 0000 0582 7615 | |

PS Form 3811, July 2015 PSN 7530-02-000-9053      Domestic Return Receipt

